# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIGUEL CABAN,**
      **Plaintiff,**

**-vs-**               **Case No. 6:08-cv-1689-Orl-22DAB**

**INSTALLATION AND SERVICE TECHNOLOGIES, INC.,**
      **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Joint Stipulation for Dismissal With Prejudice (Doc. No. 39) filed on September 9, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied, and that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 16, 2009 (Doc. No. 42) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Joint Stipulation for Dismissal With Prejudice (Doc. No. 39) is DENIED.

3. This case is DISMISSED WITHOUT PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 4, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge